■ ALFRED W. JONES et al., v. 30 SUTTON PLACE CORPORATION et al.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of SAMUEL KRULL, Respondent, against MARTIN NADELMAN et al., Appellants.— Motion for stay granted on condition that the trustees appellants procure the record on appeal and appellants' points to be served and filed on or before May 12, 1960, with notice of argument for May 24, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ JAMES E. WOOTEN v. TANENBAUM-HARBER Co., INC., et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of BENEDICT BRUCIA, an Attorney.— Motion for reinstatement denied, without prejudice to a renewal thereof upon proper papers showing the extent of movant's activities from the initial date of suspension. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROMULO TAPIA.— Enlargement of time granted. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

## (April 22, 1960)

(Republished)

■ In the Matter of MAYO CABEY, Respondent, against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent, and CONSUELO CABEY, Appellant. — Appeals from orders of February 11, 1959 and February 27, 1959 and decision of March 31, 1959, unanimously dismissed as they have been reviewed on the appeal from the final order and are not otherwise appealable. (See Matter of Cabey v. New York City Employees' Retirement System, 10 A D 2d 836.) Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of MAYO CABEY, Respondent, against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent, and CONSUELO CABEY, Appellant. — Final order of May 5, 1959 unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

## (April 26, 1960)

■ JACOB FRANKEL et al., Doing Business under the Name of MARCY DO-NUT AND CRULLERS, Appellants, v. DAVID BERMAN, Doing Business under the Name of BERMAN BAKERS EQUIPMENT, Respondent. DAVID BERMAN, Doing Business under the Name of BERMAN BAKERS EQUIPMENT, Third-Party Plaintiff-Respondent, v. ANITA ISRAEL, as Executrix of LOUIS ISRAEL, Deceased, Third-Party Plaintiff-Respondent. ANITA ISRAEL, as Executrix of LOUIS ISRAEL, Deceased, Fourth-Party Plaintiff-Respondent, v. SAUL WOLSHINE et al., Copartners Doing Business under the Name of EGYPTIAN POLISHING AND PLATING WORKS, Fourth-Party Defendants-Respondents.

APPEAL by permission of the Appellate Term of the Supreme Court in the First Judicial Department from a determination of said court, entered June 11, 1959, which reversed an order of the Municipal Court of the City of New York, Borough of Manhattan, and the judgment entered thereon, in favor of plaintiffs.